**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7144

BRIHEIM LAFEE RICE,

Plaintiff - Appellant,

versus

J. BLANKS, Sergeant/Security; B. HINES-COLLINS, Sergeant/Security,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-05-599)

Submitted: November 22, 2005    Decided: December 6, 2005

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Briheim Lafee Rice, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Briheim Lafee Rice appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint, denying his petition for preliminary injunction, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Rice v. Blanks</u>, No. CA-05-599 (E.D. Va. June 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>